```
                              SO ORDERED.
```

1  Kevin Hahn, #024277
   MALCOLM ♦ CISNEROS, A Law Corporation    **Dated: November 16, 2009**
2  2112 Business Center Drive
   Second Floor
3  Irvine, California 92612
   Phone: (949) 252-9400
4  Facsimile: (949) 252-1032                _____
   kevin@mclaw.org                          **CHARLES G. CASE, II**
5                                           **U.S. Bankruptcy Judge**
   Attorneys for Movant
6  FLAGSTAR BANK, FSB,
   and its successors and/or assignees



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| JEFFREY SCOTT KLEIN and GERI ANN KLEIN, | Case No. 2:09-bk-23201-CGC |
| Debtors, | **ORDER LIFTING STAY** |
| FLAGSTAR BANK, FSB, and its successors and/or assignees, | **[Re: 11570 E. CHAMA ROAD, SCOTTSDALE, AZ 85255]** |
| Movant, | |
| vs. | |
| JEFFREY SCOTT KLEIN and GERI ANN KLEIN, Debtors, and LOTHAR GOERNITZ, Trustee, | |
| Respondents. | |

Movant's Motion for Relief From the Automatic Stay having been properly noticed and no objections thereto having been filed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay as to Movant is terminated with reference to real property generally described as 11570 E. CHAMA ROAD, SCOTTSDALE, AZ 85255 ("Property" herein) and legally described as follows:

*LOT 62, DORADO AT TROON VILLAGE, PHASE II, A SUBDIVISION*

*RECORDED IN BOOK 377 OF MAPS, PAGE 32, RECORDS OF MARICOPA*

///

*COUNTY, ARIZONA. EXCEPT ALL COAL AND MINERALS AS RESERVED IN PATENT.*

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall survive any subsequent conversion by the Debtors to another Chapter of the Bankruptcy Code.

DATED:

_____<br>
UNITED STATES BANKRUPTCY JUDGE